FILED

# UNITED STATES DISTRICT COURT AUG 20 PM 2:20

## SOUTHERN DISTRICT OF CALIFORNIA

CLERK US ... DIST...N DISTRICT ... CALIFORNIA

BY _____ DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

'08 MJ 2571

CASE NUMBER: _____

The person charged as_____ **MOORIN, Katrina Darlene**_____now appears before this United

States District Court for an initial appearance as a result of the following charges having been filed in the United

States District Court for the_____ **Central**_____ District of_____ **California**_____ on

_**08/13/2008**_____ with:_____ **Title 18 USC 3143**_____in violation of:

### Pre-Trial Services Violation

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: _____ **08/12/2008**_____

_____
Steve Chaco
Deputy United States Marshal

Reviewed and Approved

DATE: __8/20/08_____

_____
Assistant United States Attorney

DOA
8/20/08
ECF

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| Plaintiff(s)<br><br>v.<br><br>1) KATRINA DARLENE MOORIN | SA CR08-0142-DOC |
| | **WARRANT FOR ARREST** |
| Defendant(s) | |

TO:    UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest _____ KATRINA DARLENE MOORIN _____
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment
☐ Information    ☐ Order of Court    ☒ Violation Petition         ☐ Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

Defendant was discharged from the Substance Abuse Foundation residential drug treatment center due to leaving the facility without authorization

in violation of Title _____ United States Code, Section(s) _____

| Sherri R. Carter | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | August 13, 2008 - Santa Ana, CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| | BY: David O. Carter |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

_____

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |

| DESCRIPTIVE INFORMATION FOR DEFENDANT<br>CONTAINED ON PAGE TWO | |
|---|---|
| | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)

*United States Pretrial Services*

for

## CENTRAL DISTRICT OF CALIFORNIA

U.S.A. vs. Katrina D. Moorin

DOCKET NO.SACR08-00142

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW GEORGE M. WALKER, CHIEF UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Katrina D. Moorin who was placed under pretrial release supervision by the Honorable Marc L. Goldman, sitting in the court at Santa Ana, California, on the 20th day of June 2008, under the following conditions:

1. Intensive Pretrial Supervision.
2. Surrender all passports to PSA and not apply for the issuance of a passport during the pendency of this case.
3. Travel restricted to the Central District of California.
4. Not enter areas of egress without Court permission.
5. Reside as approved by PSA and do not relocate without prior permission from PSA.
6. Maintain or actively seek employment and provide proof to PSA (after completion of drug treatment).
7. Not use alcohol.
8. Not use/possess illegal drugs. In order to determine compliance you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
9. Submit to drug and alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
10. Participate in residential drug and/or alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
11. Clear outstanding DMV warrant.
12. Participate in one of the following home confinement programs and abide by all requirements of the program which will include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA. ACTIVE GPS

> **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. On July 21, 2008, the defendant was discharged from the Substance Abuse Foundation residential drug treatment center due to leaving the facility without authorization and her whereabouts being unknown.

PRAYING THAT THE COURT WILL ORDER issuance of a Bench Warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Katrina D. Moorin before the United States District Court at Los Angeles, California, to show cause why her bond should not be revoked.

## ORDER OF THE COURT

Considered and ordered this ____ day of _____ 2008, and ordered filed and made a part of the records in the above case.

_____
David O. Carter
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on July 24, 2008

_____
Sandra S. Rueda
U.S. Pretrial Services Officer

_____
Michael Ries
Supervising U.S. Pretrial Services Officer

Place: Los Angeles, California