MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
AUGUST 22, 2008

HON. **BARBARA L. MAJOR**                DEPUTY CLERK: **M. BEHNING**

08MJ2571-BLM       USA        VS     KATRINA DARLENE MORRIN(1/C/ENG)45572112


1: SARA PELOQUIN, FD
AUSA: JAIME PARKS


REMOVAL/ID HEARING
=================================================================
BLM08:1007-1018


REMOVAL/ID HEARING HELD
DEFT ADMITS IDENTITY AND WAIVES REMOVAL/ID HEARING
DEFT STIPULATES TO REMOVAL
COURT FINDS DEFT IS PERSON CHARGED AND ORDERS DEFT REMOVED FORTHWITH

COURT VACATES REMOVAL/ID HEARING PREVIOUSLY SET FOR 9/4/08 9:00AM BEFORE
MAGISTRATE JUDGE BARBARA L. MAJOR

(1: SARA PELOQUIN, FD). (AUSA: JAIME PARKS). (PTSO: SABRINA HALL).