AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

V.

__Katrina Darlene Moxon__
Defendant

**WAIVER OF RULE 32.1 HEARINGS:**
(Probation/Supervised Release Violation)
**Proceedings Pending Outside So. Dist. of CA**
CASE NUMBER: __08 mj 2571__

CHARGING DISTRICTS
CASE NUMBER: __08 CR 0142-DOC__

I understand that charges are pending in the __Central District of California__ alleging violation of __18 USC 3143__ and that I have been arrested in this district and
(Probation / Supervised Release)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and

(4)   a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

__8/22/08__
Date

_____
Defense Counsel

**FILED**
AUG 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _MB_ DEPUTY

K:\COMMON\CSA\forms\2005\Waiver_R32_1.wpd