1 | **SARA M. PELOQUIN**
California State Bar No. 254945
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Sara_Peloquin@fd.org

5 | Attorneys for Ms. Moorin

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,            )   Case No. 08MJ2571
                                         )
12 |            Plaintiff,                )
                                         )
13 | v.                                   )
                                         )   **NOTICE OF APPEARANCE**
14 | **KATRINA DARLENE MOORIN,**          )
                                         )
15 |            Defendant.                )
                                         )
16 | _____     )

17 | Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

20 |                                      Respectfully submitted,

22 | Dated: August 26, 2008                /s/ *Sara Peloquin*
                                          **SARA M. PELOQUIN**
23 |                                       Federal Defenders of San Diego, Inc.
                                          Attorneys for Ms. Moorin

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: August 26, 2008               */s/ Sara Peloquin*
                                       **SARA M. PELOQUIN**
                                       Federal Defenders of San Diego, Inc.
                                       225 Broadway, Suite 900
                                       San Diego, CA  92101-5030
                                       (619) 234-8467  (tel)
                                       (619) 687-2666  (fax)
                                       Sara_Peloquin@fd.org