# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

**FILED**
SEP 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

August 25, 2008

Clerk, U.S. District Court
U.S. District Court, Central District of California at Santa Ana
411 West Fourth Street
Santa Ana, CA 92701-4516

    Re:    08mj2571, USA v. Moorin

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | x | Warrant of Removal |
| x | Complaint | ___ | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | ___ | Waiver of Removal |
| ___ | Personal Surety Bond | | |
| x | Other | Amended Complaint, Waiver of Rule 32.1 Hearings | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/ Beth Lloyd
    Deputy Clerk